GALT BOOTH ET AL. *v.* ROBERT C. FLANAGAN ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 23 Conn. App. 579, is granted, limited to the following issue:

"What effect should a mortgage contingency clause, that does not comply with General Statutes § 49-5b, have where the buyers have waived the terms of the clause and are ready, willing and able to purchase the property without third party mortgage financing?"

*Henry Elstein,* in support of the petition.

*Roger Sullivan,* in opposition.

Decided January 17, 1991

STATE OF CONNECTICUT *v.* PABLO RIVERA

The defendant's petition for certification for appeal from the Appellate Court, 23 Conn. App. 592, is denied.

*Michael R. Sheldon* and *Gary A. Cicchiello,* certified legal intern, in support of the petition.

*Frederick W. Fawcett,* assistant state's attorney, in opposition.

Decided January 17, 1991